UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Civil Action No. 07-02185 (JDB) |
| $83,225.00 in UNITED STATES CURRENCY, | |
| Defendant. | |

## VERIFIED CLAIM OF TONYA HARRIS-GREENE

**COMES NOW THE CLAIMANT, Tonya Harris-Greene** (hereinafter referred to as "Ms. Harris-Greene"), by and through undersigned counsel, and respectfully asserts her interest in the defendant property. In support of her claim, and pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, Ms. Harris-Greene states as follows:

1. That on or about February 21, 2008, Ms. Harris-Greene was served with a "Notice of Forfeiture Action" (hereinafter referred to as "the Notice"), by Jeffrey A. Taylor, United States Attorney for the District of Columbia, and Diane G. Lucas, Assistant United States Attorney.

2. That accompanying the Notice was a Verified Complaint for Forfeiture *In Rem* and a Warrant for Arrest *In Rem* filed on or about December 4, 2007, alleging that the defendant Property (hereinafter referred to as "the Property") was subject to seizure and forfeiture to the United States pursuant to 21 U.S.C. §881(a)(6).

1

3.      That the total value of the Property subject to the instant proceeding is Eighty-Three Thousand, Two Hundred Twenty-Five Dollars ($83,225.00) in United States Currency, seized by law enforcement officials on May 16, 2007.

4.      That Ms. Harris-Greene avers and asserts that she is the rightful and legal owner of Sixty Thousand Dollars ($60,000.00) of the Eighty-Three Thousand, Two Hundred Twenty-Five Dollars ($83,225.00) in United States Currency seized, and that she shall legally and factually contest that said portion of the Property is forfeitable pursuant to the statute cited above.

5.      That Ms. Harris-Greene is the rightful and legal owner of Sixty Thousand Dollars ($60,000.00) of the Property, which was seized from her lawful possession on May 16, 2007 by law enforcement officials, and that said portion of the Property was legally under her custody and control at the time of its seizure.

## **VERIFICATION**

I, Tonya Harris-Greene, do hereby declare, swear and affirm under penalty of perjury that the statements contained in the foregoing Verified Claim are true and correct to the best of my knowledge, information and belief.

Executed on this _____ day of March, 2008

_____
Tonya Harris-Greene

2

> Respectfully submitted,
>
> **RETURETA & WASSEM, P.L.L.C.**
>
> By: _____/s/_____
> Manuel J. Retureta, Esq.
> District of Columbia Bar #430006
> 601 Pennsylvania Avenue, NW
> South Building – Suite 900
> Washington, D.C. 20004
> (202) 220-3073
> (202) 220-3130 Fax
> Counsel for Claimant Tonya Harris-Greene

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing Verified Claim was served on all parties via ECF, and mailed, via first-class mail, to Assistant United States Attorney Diane G. Lucas; United States Attorney's Office; 555 Fourth Street NW; Room 4822; Washington, DC 20530 on this 26th day of March 2008.

> _____/s/_____
> Manuel J. Retureta, Esq.

3

3.      That the total value of the Property subject to the instant proceeding is Eighty-Three Thousand, Two Hundred Twenty-Five Dollars ($83,225.00) in United States Currency, seized by law enforcement officials on May 16, 2007.

4.      That Ms. Harris-Greene avers and asserts that she is the rightful and legal owner of Sixty Thousand Dollars ($60,000.00) of the Eighty-Three Thousand, Two Hundred Twenty-Five Dollars ($83,225.00) in United States Currency seized, and that she shall legally and factually contest that said portion of the Property is forfeitable pursuant to the statute cited above.

5.      That Ms. Harris-Greene is the rightful and legal owner of Sixty Thousand Dollars ($60,000.00) of the Property, which was seized from her lawful possession on May 16, 2007 by law enforcement officials, and that said portion of the Property was legally under her custody and control at the time of its seizure.

**VERIFICATION**

I, Tonya Harris-Greene, do hereby declare, swear and affirm under penalty of perjury that the statements contained in the foregoing Verified Claim are true and correct to the best of my knowledge, information and belief.

Executed on this 26th day of March, 2008

_____
Tonya Harris-Greene

2