UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Civil Action No. 07-02185 (JDB) |
| **$83,225.00 in UNITED STATES CURRENCY,** | |
| Defendant. | |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record, please enter the appearance of Manuel J. Retureta, Esq. as counsel of record for Claimant Tonya Harris-Greene in the above captioned case.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C. 20004
(202) 220-3073
(202) 220-3130 Fax
Counsel for Claimant Tonya Harris-Greene

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing Certificate of Service was served on all parties via ECF, and mailed, via first-class mail, to Assistant United States Attorney Diane G. Lucas; United States Attorney's Office; 555 Fourth Street NW; Room 4822; Washington, DC 20530 on this 26th day of March 2008.

_____/s/_____
Manuel J. Retureta, Esq.