UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 07-02185 (JDB) |
| $83,225.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |
| TONYA HARRIS-GREENE, | ) |
| Claimant. | ) |

**MOTION FOR PARTIAL ENTRY OF DEFAULT
JUDGMENT AND JUDGMENT OF FORFEITURE**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves pursuant to Fed. R. Civ. P. 55, 18 U.S.C. § 983(a)(4)(A), and Rule G(5), Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, for entry of Partial Default Judgment and for Judgment of Forfeiture as to $23,225 of the $83,225 defendant currency identified in the Verified Complaint for Forfeiture *In Rem*, on the ground that no timely paper, pleading, or other claim was filed on behalf of $23,225 of the defendant currency herein.

A proposed Judgment of Forfeiture is submitted herewith, along with a Memorandum of Points and Authorities.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

\_\_/s/_____
WILLIAM R. COWDEN, D.C. Bar #426301
Assistant United States Attorney

\_\_/s/_____
DIANE G. LUCAS, D.C. Bar #443610
Assistant United States Attorney
U.S. Attorney's Office
Criminal Division
555 Fourth St., N.W., Rm. 4822
Washington, D.C. 20530
202-514-7912
Diane.Lucas@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Partial Entry of Default Judgment and Partial Judgment of Forfeiture, accompanying Memorandum, and Proposed Order of Forfeiture was mailed via U.S. Postal Service, first class postage paid, to counsel for claimant, Tonya Harris-Greene, Manuel J. Retureta, Esquire, 601 Pennsylvania Avenue, N.W., Suite 900, Washington, D.C. 20004, on this 17th day of April, 2008.

_____
DIANE G. LUCAS
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-02185 (JDB) |
| ) | |
| $83,225.00 IN U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| TONYA HARRIS-GREENE, ) | |
| ) | |
| Claimant. ) | |
| ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL ENTRY
OF DEFAULT JUDGMENT AND PARTIAL JUDGMENT OF FORFEITURE**

On December 4, 2007, the plaintiff filed a Verified Complaint for Forfeiture *In Rem* against the defendant $83,255.00 in United States currency ("defendant currency"). Copies of the Complaint and Warrant of Arrest *In Rem* issued by the Clerk of the Court were served upon the defendant currency on December 10, 2007. See Document No. 2.[1] Additionally, copies of the Complaint and Warrant of Arrest *In Rem* were sent to all known interested parties, via the United States Postal Service as follows: on February 21, 2008 via by both certified mail and regular mail to Tonya Harris-Greene, at a specific address on Suitland Terrace, S.E., Washington, D.C. 20020 (certified mail returned); on February 21, 2008 via certified and regular mail to Manuel J. Retureta, Esquire, 601 Pennsylvania Avenue, N.W., Suite 900, Washington, D.C. 20004 (certified signed for); on March 14, 2008 via regular mail to Patrick Thomas at a specific

---

[1] "Document No." refers to the docket number assigned to the electronically-filed documents in the instant matter.

address on Suitland Terrace, S.E., Washington, D.C. 20020;[2] on February 21, 2008 via regular mail to Isaac F. Greene, Gilmore Federal Correctional Institution, Satellite Camp, P.O. Box 7000, Glenville, W.V. 26351. See Exhibit A, Affidavit of Plaintiff's counsel.

In full compliance with applicable Local Rules and Rules of Procedure, notice of seizure was published in THE WASHINGTON TIMES for three consecutive weeks, on February 23, 2008, March 1, 2008 and March 8, 2008. See Exhibit A, Affidavit of Plaintiff's counsel.

On March 26, 2008, Tonya Harris-Greene filed a verified claim for $60,000 of the defendant currency. Ms. Harris-Greene indicated: "That Ms. Harris-Greene avers and asserts that she is the rightful and legal owner of Sixty Thousand Dollars ($60,000.00) of the Eighty-Three Thousand, Two Hundred Twenty-Five Dollars ($83,255.00) in United States Currency seized, and that she shall legally and factually contest that said portion of the Property is forfeitable pursuant to the statute cited above." See Document No. 3 at ¶ 4.

No response, answer, or defense was interposed regarding the remaining $23,225 in U.S. currency in accordance with applicable rules. No other party has filed a claim or pleading challenging the forfeiture of $23,225 of the defendant currency and the time for filing a claim has expired. See 18 U.S.C. § 983(a)(4)(A); Rule G(5), Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions.

The entry of Partial Default Judgment and Judgment of Forfeiture against $23,225 of the defendant currency is amply supported in the circumstances of this case. Indeed, the Clerk of the Court "shall enter" the Default where there has been a failure to timely plead or otherwise defend

---

[2] A copy of the complaint and notice was sent to Mr. Thomas at the D.C. Jail on February 21, 2008, but the government learned that he had been released and notice was then sent to his residence.

an action within the time fixed by law. Fed. R. Civ. P. Rule 55(a). Moreover, the Civil Asset Forfeiture Reform Act of 2000, mandates the filing of a claim within 30 days of the service of the government's complaint. See 18 U.S.C. § 983(a)(4)(A).

Further, whenever a judgement is sought for other than a sum certain (i.e. Judgment of Forfeiture), application for Judgment by Default shall be made to the Court and such Judgment may be entered by the Court so long as the defaulted party is not an infant or otherwise incompetent. Fed. R.Civ. P. 55(b); DirectTV, Inc. v. Arnold, 392 F. Supp.2d 415 (N.D.N.Y. 2005). See also Canady , MD v. Erbe Elektromedizin GMBG, 307 F. Supp.2d 2 (D.D.C. 2004); United States v. Gant, 268 F. Supp.2d 29 (D.D.C. 2003).

WHEREFORE, upon consideration of the record in this case, including a showing of compliance with applicable rules regarding service of process and notice by publication, it is respectfully requested that this motion be granted. A proposed Order is attached.

          Respectfully submitted,

          __/s/_____
          JEFFREY A. TAYLOR, D.C. Bar #498610
          United States Attorney

          __/s/_____
          WILLIAM R. COWDEN, D.C. Bar #426301
          Assistant United States Attorney

          __/s/_____
          DIANE G. LUCAS, D.C. Bar #443610
          Assistant United States Attorney
          U.S. Attorney's Office
          555 Fourth St., N.W., Rm. 4822
          Washington, D.C.  20530
          202-514-7912
          Diane.Lucas@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>     **Plaintiff,**   )<br>)<br>   v.        )<br>)<br>**$83,225.00 IN U.S. CURRENCY,** )<br>)<br>     **Defendant.**   )<br>_____)<br>)<br>**TONYA HARRIS-GREENE,**   )<br>)<br>     **Claimant.**    )<br>_____) | Civ. No. 07-02185 (JDB) |

### AFFIDAVIT IN SUPPORT OF PARTIAL DEFAULT

I hereby certify under penalty of perjury, this <u>17th</u> day of April, 2008, that I am the attorney of record for the plaintiff in the above-entitled case; that the *in rem* defendant property, described as:

> **$83,225.00 in United States currency seized in the District of Columbia on May 16, 2007 from a safe in a specific residence on Suitland Terrace, S.E., Washington, D.C.**

was personally served with process on December 10, 2007.[1]

I further certify that notice of this action has been provided to all known or unknown interested parties by means of certified mail[2] or by publication.[3]

---

[1] Copies of the Complaint and the Warrant of Arrest *in Rem* issued by the Clerk of the Court were served upon the *in rem* defendant currency on December 10, 2007. See Document No. 2, EFC system.

[2] Copies of the Complaint and Warrant of Arrest *In Rem* were sent to all known interested parties, via the United States Postal Service to: on February 21, 2008 via by both certified mail and regular mail to Tonya Harris-Greene, at a specific address on Suitland Terrace, S.E., Washington, D.C. 20020 (certified mail returned); on February 21, 2008 via certified and regular

I further certify that on March 26, 2008, Tonya Harris-Greene filed a verified claim against $60,000 of the *in rem* defendant currency.

I further certify under penalty of perjury that no appearances have been entered on behalf of $23,225 of the said *in rem* defendant currency in this case; no pleading on behalf of $23,225 of the defendant currency has been filed and none served upon the attorney for the plaintiff; no extensions have been given and the time for filing has expired; and that $23,225 of the defendant currency is neither an infant nor an incompetent person.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

The plaintiff requests the Court enter a Partial Default Judgment against $23,225 of the said *in rem* defendant currency.

/s/
DIANE G. LUCAS, D.C. Bar # 443610
Assistant United States Attorney
U.S. Attorney's Office
Criminal Division
555 Fourth St., N.W., Rm. 4822
Washington, D.C.  20530
202-514-7912
Diane.Lucas@usdoj.gov

---

mail to Manuel J. Retureta, Esquire, 601 Pennsylvania Avenue, N.W., Suite 900, Washington, D.C. 20004 (certified signed for); on March 14, 2008 via regular mail to Patrick Thomas at a specific address on Suitland Terrace, S.E., Washington, D.C. 20020; on February 21, 2008 via regular mail to Isaac F. Greene, Gilmore Federal Correctional Institution, Satellite Camp, P.O. Box 7000, Glenville, W.V. 26351.

[3] A notice of seizure was published in THE WASHINGTON TIMES for three consecutive weeks, on February 23, 2008, March 1, 2008 and March 8, 2008.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-02185 (JDB) |
| ) | |
| $83,225.00 IN U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| TONYA HARRIS-GREENE, ) | |
| ) | |
| Claimant. ) | |
| ) | |

**ORDER OF FORFEITURE AGAINST $23,255 OF THE *IN REM*
DEFENDANT IN UNITED STATES CURRENCY**

On December 4, 2007, a Verified Complaint for Forfeiture In Rem against the defendant eighty-three thousand, two hundred and twenty-five dollars ($83, 225.00) in United States currency was filed by the plaintiff, United States of America.  The complaint alleges that the defendant currency is forfeitable because it constitutes proceeds traceable to an exchange of money or other things of value for a controlled substance on one or more occasions in violation of the Controlled Substances Act, specifically, 21 U.S.C. §§ 841, 846.

It appearing that process was fully issued in this action with respect to the defendant currency and returned according to law;

That pursuant to a Warrant of Arrest *In Rem* issued by this Court, the United States Marshal for the District served the said defendant currency on December 10, 2007;

That on March 26, 2008, Tonya Harris-Greene filed a verified claim for $60,000 of the defendant currency;

That no claim, response, answer, or defense was interposed regarding the remaining $23,225 in U.S. currency according to applicable rules;

That a Partial Default Judgment is appropriate regarding $23,225 of the defendant currency because no claim with respect to that portion of the defendant currency was filed within the time permitted by 18 U.S.C. § 983(a)(4)(A); and

That no defense to the forfeiture remains interposed.

Now, therefore, on motion of the plaintiff, the United States of America, for a Partial Default Judgment and Judgment of Forfeiture against $23,225 of the *in rem* defendant currency, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the default of all persons interested in $23,225 of the *in rem* defendant currency further identified as:

**TWENTY-THREE THOUSAND, TWO HUNDRED AND TWENTY-FIVE DOLLARS ($23, 225.00) IN UNITED STATES CURRENCY**

be entered and that no right, title, or interest in the above described defendant currency shall exist in any other party, and that the said portion of the defendant currency be and hereby is forfeited to the United States of America to be disposed of in accordance with law.

The Clerk is hereby directed to send certified copies of this Judgment of Forfeiture against $23,335 of the *in rem* defendant currency to the United States Marshals Service and the plaintiff's counsel of record.

Dated this ____ day of _____, 2008.

JOHN D. BATES
United States District Judge